[No. 21258–3–I.  Division One.  May 15, 1989.]

WILLIAM L. KELLEY, ET AL, *Appellants,* v. JAMES R. PITTMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–07695–4, Norman W. Quinn, J., entered September 30, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.

[No. 20067–4–I.  Division One.  May 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ALLEN JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–04322–7, Maurice M. Epstein, J. Pro Tem., entered February 13, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Winsor, JJ.

[No. 21447–1–I.  Division One.  May 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRES LEE ELKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00695–2, Frank J. Eberharter, J., entered December 2, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Scholfield, JJ.

[No. 20413–1–I.  Division One.  May 15, 1989.]

RANDALL J. NELSON, *Respondent,* v. GREG P. FREEMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–16449–6, Peter K. Steere, J., entered February 15, 1984. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson, J., and Schumacher, J. Pro Tem.